UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUJUN MA, et al.,<br><br>               Plaintiffs,<br>v.<br><br>UR JADDOU,<br><br>               Defendant. | CASE NO. C21-1657JLR<br><br>ORDER ON STIPULATED MOTION FOR EXTENSIONS OF DEADLINES |

Before the court is the parties' stipulated motion for an extension of deadlines. (Mot. (Dkt. # 12).) The parties ask the court to: (1) renote Plaintiffs' motion for partial summary judgment (Dkt. # 10) to March 25, 2022; (2) extend Defendant's deadline to respond to the amended complaint (Dkt. # 6) to March 25, 2022; and (3) vacate the deadlines set forth in the court's February 9, 2022 scheduling order (Dkt. # 11) and reset those deadlines after March 25, 2022, if they remain necessary. (Mot. at 1-2.) The parties represent that the requested extensions are necessary to allow ongoing settlement discussions to continue. (*Id.* at 1.)

ORDER - 1

The court finds that good cause exists for the parties' requested extensions, GRANTS the motion (Dkt. # 12) and ORDERS as follows:

(1) The Clerk is DIRECTED to renote Plaintiffs' motion for partial summary judgment (Dkt. # 10) to March 25, 2022;

(2) Defendant's response to the amended complaint (Dkt. # 6) is due March 25, 2022;

(3) The joint status report deadline and related deadlines set in the court's February 9, 2022 order (Dkt. # 11) are vacated and will be reset after the court rules on Plaintiffs' motion for partial summary judgment.

Dated this 15th day of February, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2