District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUJUN MA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, <br><br> Defendants. | No. 2:21-cv-1657-JLR <br><br> STIPULATED DISMISSAL AND ORDER <br><br> Noted for Consideration: <br> March 1, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice, on the following terms:

1. Thirty-six Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-829s. USCIS has approved the Form I-829 for the following Plaintiffs:

   a. Luiz Carlos Ribeiro De Rezende (WAC1812850815)

   b. Jianwei Liu (WAC1816552344)

   c. Florent Lepvraeu (WAC1990193183)

   d. Haifeng Yue (WAC1990243381)

STIPULATED DISMISSAL
(C21-1657-JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.  Liu Yue (WAC1990262899)

f.  Xiuqin Gu (WAC1990298870)

g.  Junping Zhang (WAC1990301713)

h.  Chuanhong Shu (WAC1990321055)

i.  Yan Li (WAC1990325939)

j.  Yingxu Li (WAC1990327764)

k.  Xiaotong Zu (WAC2090003503)

l.  Xiaoying Wang (WAC2090014171)

m.  Qingfeng Zhuang (WAC2090017428)

n.  Xiaolei Jiang (WAC2090041972)

o.  Jing Ma (WAC2090048204)

p.  Xiaoye Shi (WAC2090144571)

q.  Vijay Vuas Mohan (WAC1990111753)

r.  Fei Liu (WAC1990199746)

s.  Xuefen Xia (WAC1990241901)

t.  Qianwen Sun (WAC1990287213)

2. USCIS shall take initial adjudicative action for the remaining Form I-829s on the following schedule:

//

//

//

//

//

STIPULATED DISMISSAL  
(C21-1657-JLR) - 2

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| Principal Plaintiff (WAC#) | Deadline for Initial Adjudicative Action from the Date of the Execution of this Stipulation |
|---|---|
| Fujun Ma (WAC21990317073) | 60 days |
| Li Wei (WAC1990320036) | 60 days |
| Lulu Zhang (WAC1990320039) | 120 days |
| Chenchen Yang (WAC2090026389) | 120 days |
| Emine Melike Sasa Saripolat (WAC2090043248) | 120 days |
| Eva Marie Guerrand-Marie (WAC2090147429) | 150 days |
| Pok Cheung Hui (WAC2090150924) | 150 days |
| Yiming Wang (WAC2090171049) | 150 days |

3. USCIS will make best efforts to take initial adjudicative action for Plaintiff Bo Wen Zhu's (WAC2190034095) Form I-829 within 160 days of execution of this Stipulation.

4. USCIS agrees to adjudicate the subject Forms I-829 in good faith. If USCIS issues a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") for any of the Plaintiff's petitions, USCIS will take the next adjudicative action within 75 days from receipt of

STIPULATED DISMISSAL
(C21-1657-JLR) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

each Plaintiff's response.  This 75-day timeframe will apply to the response to any subsequent RFE or NOID issued in each Plaintiff's case.  Presently, the following Plaintiffs have received an initial RFE:

    a.    Feng Li (WAC1808150216)

    b.    Xiaowen Sun (WAC1890346193)

    c.    Tao Lu (WAC1990088155)

    d.    Siyuan Wang (WAC1990146763)

    e.    Junru Chen (WAC1990200912)

    f.    Lihong Wang (WAC1990211596)

    g.    Ronghua Jiang (WAC2090047696)

5.    If a Plaintiff believes USCIS has breached this agreement in any way, he or she will notify undersigned counsel and provide USCIS with at least 14 days to remedy any such breach.

6.    The parties agree to bear their own costs and attorneys' fees.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: March 1, 2022

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        *s/Michelle R. Lambert*
        MICHELLE R. LAMBERT, NYS #4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, Washington 98402
        Phone:  206-428-3824
        Email:  michelle.lambert@usdoj.gov
        *Attorneys for Defendant*

STIPULATED DISMISSAL
(C21-1657-JLR) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*s/Bradley B. Banias*
BRADLEY B. BANIAS,
SC BAR # SC76653
Wasden Banias, LLC
38 Romney Street, Ste 201
Charleston, SC 29403
Phone: 843-401-9340
Email:  brad@wasdenbanias.com
\*appearing PHV
*Attorneys for Plaintiffs*

STIPULATED DISMISSAL
(C21-1657-JLR) - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated, the above is SO ORDERED.  The case is dismissed without prejudice.

DATED this 2nd day of March, 2022.

JAMES L. ROBART
United States District Judge

STIPULATED DISMISSAL
(C21-1657-JLR) - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970